UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANGELIQUE N GRAY | CIVIL ACTION NO. 26-cv-422 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| JOSE ULICES MIRALDA ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Downhole Chemical Solutions, LLC filed its Diversity Jurisdiction Disclosure Statement and alleged that it is "solely owned by" Downhole Chemical Solutions, Inc., a Texas corporation with its principal place of business in Texas. The citizenship of an LLC is determined by the citizenship of each of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). An allegation that an LLC is "solely owned" by someone is not enough to allege membership/citizenship with specificity. The party must set forth the members of the LLC, which may be different from the owners in some states and situations. SXSW, L.L.C. v. Fed. Ins. Co., 83 F.4th 405, 408 (5th Cir. 2023).

Downhole Chemical Solutions must file, no later than **February 20, 2026**, an amended Diversity Jurisdiction Disclosure Statement that identifies each of its members and alleges their citizenship in accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 13th day of February, 2026.

Mark L. Hornsby
U.S. Magistrate Judge